(April 25, 1967)

■ In the Matter of Boss-Linco Lines, Inc., Petitioner, v. State Tax Commission, Respondent.— Memorandum by the Court. Proceeding under section 199 of the Tax Law and article 78 of the CPLR to review a determination of the State Tax Commission which sustained a corporation franchise tax assessment purportedly imposed pursuant to section 183 of the Tax Law. To the extent that the issuance of new shares followed the transfer from surplus to capital of $97,100 (net), we find no basis for differentiating the determination of franchise tax liability at which the Tax Commission arrived from that which we sustained in *Matter of Garvey Carting & Stor.* v. *State Tax Comm.* (27 A D 2d 337). Determination confirmed, with costs. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

(April 26, 1967)

■ The People of the State of New York ex rel. Clarence Martinez, Appellant, v. Ross E. Herold, as Superintendent of Dannemora State Hospital, Respondent.— Motion to dismiss appeal as academic granted, appellant having been discharged from Dannemora State Hospital. (See *People ex rei. Pylypcuk* v. *Herold,* 25 A D 2d 690.) Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

■ The People of the State of New York ex rel. Samuel Thompson, Appellant, v. Ross E. Herold, as Superintendent of Dannemora State Hospital, Respondent.— Motion to dismiss appeal as academic granted, appellant having been discharged from Dannemora State Hospital. (See *People ex rel. Pylypcuk* v. *Herold,* 25 A D 2d 690.) Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

■ The People of the State of New York ex rel. Robert Lee Johnson, Appellant, v. Daniel J. McMann, as Warden of Clinton Prison, Respondent. Motion to dismiss appeal as academic granted. (See *People ex rel. Grubbs* v. *Herold,* 17 N Y 2d 584.) Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

(April 27, 1967)

■ The People of the State of New York, Respondent, v. William R. Bond, Appellant.— Order affirmed. (See *People* v. *Nicholson,* 11 N Y 2d 1067.) Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.